IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNK-O INVESTMENT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERVIN JAVADI, ROSA CHANG, and DOES 1–5,<br><br>    Defendants.<br>_____ / | No. C 12-04281 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING ACTION** |

The undersigned has reviewed the report and recommendation of Magistrate Judge Howard Lloyd and agrees that this unlawful detainer action should be remanded for the reasons stated in the report (Dkt. No. 6). No objection was received in response to the report. This order therefore **ADOPTS** in full the report and recommendation of Judge Lloyd. This action is hereby **REMANDED** to Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: September 7, 2012.

                                                  WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE